UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN OLLIE | Civil Action No.: 3:18-CV-02070 |
| Plaintiff, | |
| v. | |
| UNIVERSITY OF CONNECTICUT | |
| Defendant | December 27, 2018 |

## MOTION TO DISMISS OF UNIVERSITY OF CONNECTICUT

Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 12(b)(7), the Defendant, the University of Connecticut, hereby moves to dismiss the Complaint For Emergency Injunctive Relief And Order Pendente Lite filed by the Plaintiff, Kevin Ollie.  First, the Complaint does not state a claim upon which relief may be granted.  Second, several legal doctrines deprive this Court of subject matter jurisdiction, including the doctrines of ripeness, mootness, and standing.  Third, Ollie has failed to join a necessary party pursuant to Fed. R. Civ. P. 19.  For the reasons more fully developed in the attached Memorandum in Support, the University of Connecticut respectfully requests that the Court grant this Motion.

THE DEFENDANT,
UNIVERSITY OF CONNECTICUT

By: _____/s/_____
    Gabriel J. Jiran (ct23469)
    E-mail: gjiran@goodwin.com
    Christopher E. Engler (ct29610)
    E-mail: cengler@goodwin.com
    Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, CT 06103-1919
    Tel.: (860) 251-5000
    Fax: (860) 251-5215
    Its Attorneys

## CERTIFICATION

This is to certify that on this 27th day of December, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. The following Parties may access this filing through the Court's system:

Todd D. Steigman
Madsen, Prestley & Parenteau, LLC
402 Asylum Street
Hartford, CT 06104

_____/s/_____
Gabriel J. Jiran