Civil- (Dec-2008)

HONORABLE: Kari A. Dooley
DEPUTY CLERK: Kristen Gould   RPTR/ECRO/TAPE: BCT Reporting
TOTAL TIME: ___ hours  44 minutes
DATE: 12/28/2018   START TIME: 10:01am   END TIME: 10:45am
LUNCH RECESS   FROM: ___   TO: ___
RECESS (if more than ½ hr)   FROM: ___   TO: ___

CIVIL NO. 3:18-cv-02070-KAD

Kevin Ollie

vs

University of Connecticut

Todd Steigman, Jacques Parenteau,
Plaintiff's Counsel  William Madsen

Gabriel Jiran, Christopher Engler
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing            ☑ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☐ ….#___ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ….#___ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ….#___ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ….#___ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ….#___ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ….#___ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ….#___ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ….    Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ….    Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ….    Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ….    Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ….    ☐ Briefs(s) due ___  ☐ Proposed Findings due ___  Response due ___
☐ ……    _____ ☐ filed ☐ docketed
☐ ……    _____ ☐ filed ☐ docketed
☐ ……    _____ ☐ filed ☐ docketed
☐ ……    _____ ☐ filed ☐ docketed
☐ ……    _____ ☐ filed ☐ docketed
☐ ……    _____ ☐ filed ☐ docketed
☐ ……    Hearing continued until ___ at ___

Notes: Objections to the motion to dismiss are due on or before 01/14/2019. A reply is due on or before 01/18/2019. A hearing on the motion is scheduled for 01/25/2019 at 10:00am.