UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KEVIN OLLIE

      Plaintiff

V.                                        CASE NO. 3:18-cv-2070-KAD

UNIVERSITY OF CONNECTICUT

      Defendant.

## JUDGMENT

This action came on for consideration of the defendant's motion to dismiss [doc. # 18] before the Honorable Kari A. Dooley, United States District Judge. The Court has considered the full record of the case including applicable principles of law. On February 4, 2019, the Court entered an order granting defendant's motion to dismiss. It is therefore;

ORDERED, ADJUDGED and DECREED that judgment shall enter in favor of the defendant, University of Connecticut and the case is closed.

Dated at Bridgeport, Connecticut, this 6th day of February 2019.

                                                        ROBIN D. TABORA, Clerk

                                                        By: /s/ Kristen Gould
                                                           Kristen Gould
                                                           Deputy Clerk

EOD:2/06/19